THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY HORNE, #180206 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-CV-662-TMH |
| | ) | [WO] |
| | ) | |
| LOUIS BOYD., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On December 22, 2009, the Magistrate Judge filed a Recommendation (Doc. 29) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 29) of the Magistrate Judge is ADOPTED,

2. This 28 U.S.C. § 2254 petition for habeas corpus relief filed by Gary Horne be DENIED; and

3. This case be DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this 14th day of January, 2010.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE